```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :      06-cr-991 (JSR)
        v.                           :
                                     :          ORDER
JOEL AUSTIN,                         :
              Defendant.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Now before the Court is the Government's oral application -- made pursuant to the Court's Individual Rules during a telephone call to Chambers on September 23, 2020 -- that the Court direct the Probation Office to unseal records of statements made by Austin to his Probation Officer concerning the circumstances surrounding his arrest. At the Court's direction, Austin submitted a brief opposing that relief, the Government submitted a response, and Austin submitted a reply. ECF Nos. 75-77. The Court has considered those filings, and the Government's application is hereby denied. A memorandum explaining the reasons for this ruling will issue in due course.

SO ORDERED.

Dated:   New York, NY
         September 30, 2020

_____
JED S. RAKOFF, U.S.D.J.